**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | |
|---|---|
| WESCO INSURANCE COMPANY,<br>     Plaintiff<br><br>v.<br><br>CENTRAL FALLS DETENTION FACILITY CORPORATION, WILDER ARBOLEDA, GARY BERDUGO, JOSEPH MOLINA FLYNN, HERMAN YIP and UMB BANK, N.A., as Trustee<br><br>     Defendants | C.A. No. 1:19-cv-00332 |

## ENTRY OF APPEARANCE

Robert M. Duffy and the law firm of Duffy & Sweeney, LTD hereby enter their appearance on behalf of Defendant UMB Bank, N.A. as Trustee, in the above-captioned matter.

Respectfully submitted,
UMB BANK, N.A.,
AS TRUSTEE,
By its counsel,

DUFFY & SWEENEY, LTD

  /s/  Robert M. Duffy
Robert M. Duffy (RI Bar # 4428)
321 South Main Street, 4th Floor
Providence, Rhode Island 02903
Telephone: (401) 455-0700
E-mail: rduffy@duffysweeney.com

## CERTIFICATE OF SERVICE

I hereby certify that on July 24, 2019, a copy of the foregoing has been filed through the CM/ECF system and will be sent electronically to counsel who are registered participants identified on the Notice of Electronic Filing.

/s/ Robert M. Duffy