**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| WESCO INSURANCE COMPANY, | ) | |
| | ) | |
| *Plaintiff*, | ) | |
| | ) | |
| v. | ) | C.A. No. 1:19-cv-00332 |
| | ) | |
| CENTRAL FALLS DETENTION FACILITY | ) | |
| CORPORATION, WILDER ARBOLEDA, | ) | |
| GARY BERDUGO, JOSEPH MOLINA | ) | |
| FLYNN, HERMAN YIP and UMB BANK, | ) | |
| N.A., as Trustee, | ) | |
| | ) | |
| *Defendants*. | ) | |

**NOTICE OF DISMISSAL**

The plaintiff, Wesco Insurance Company, hereby dismisses the above-entitled action pursuant to the provisions of Fed. R. Civ. P. Rule 41(a)(1)(A)(i) with prejudice and without costs.

PLAINTIFF
WESCO INSURANCE COMPANY
By its Attorneys,

/s/ David W. Zizik
David W. Zizik (#2323)
McAngus Goudelock & Courie LLC
40 Westminster Street, Suite 201
Providence, RI 02903
Phone: (401) 600-2801
Email: david.zizik@mgclaw.com

**CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing, and copies of this document will be sent to those indicated as non-registered participants via regular mail, postage prepaid and via email on April 5, 2024.

/s/ David W. Zizik